# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN CUNNINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 09-1635-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and the case dismissed with prejudice.

DATED: December 1, 2010

                                        */s/ John E. McDermott*
                                        JOHN E. MCDERMOTT
                                  UNITED STATES MAGISTRATE JUDGE